

# Fourth Court of Appeals
## San Antonio, Texas

December 19, 2014

No. 04-14-00674-CV

John Michael **DONOHUE**,
Appellant

v.

Daniel **BUTTS**, et al.,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-14-0000180
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

     This appeal arises from trial court cause number CV-14-0000180. Appellant has filed a brief in this appeal that includes arguments relating to a separate appeal number 04-14-00675-CV which arises from trial court cause number CV-14-0000239. In his brief, appellant asserts the petitions in the two underlying trial court cause numbers contain separate and distinct allegations. It is therefore ORDERED that the appellant's brief is STRICKEN. Appellant is ORDERED to file a brief in this appeal no later than thirty days from the date of this order that addresses only those arguments arising out of trial court cause number CV-14-0000180. Appellant is FURTHER ORDERED to ensure that his brief complies with the requirements of TEX. R. APP. P. 38.1, including the requirement that the statement of facts and argument sections of his brief be supported by appropriate citations to the record.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of December, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court